93 A.3d 802

**In the Interest of D.C.D., Minor.**

**Petition of Clinton County Children and Youth Services.**

Supreme Court of Pennsylvania.

June 2, 2014.

554

**ORDER**

PER CURIAM.

**AND NOW,** this 2nd day of June, 2014, the Petition for Allowance of Appeal is **GRANTED.** The issues, as stated by petitioner, are:

(1) Whether the Superior Court erred in not following *In re Adoption of S.P.,* [616 Pa. 309] 47 A.3d 817 (Pa.2012).

(2) Whether the Superior Court erred in requiring an additional element for the termination of parental rights under 23 Pa.C.S.A. § 2511(a)(2); namely, that reasonable efforts must be made to assist a parent despite the court finding that the parent is incapable of parenting and cannot remedy the incapacity.

The issues will be **SUBMITTED** on briefs and the matter expedited in accordance with the Rules of Appellate Procedure governing Children's fast track appeals.